## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Kim Swartz, <br><br> Plaintiff(s), <br><br> v. <br><br> Smythe Property Advisors, LLC, <br><br> Defendant(s). | Date: October 15, 2010 <br><br> Judge: Donald C. Nugent <br><br> Court Reporter: None <br><br> Case Number: 1:10 CV 409 |

Status conference held, all counsel present by telephone. Dispositive motion deadline is 1/3/11; response due 2/1/11; reply due 2/15/10. A final pretrial is set for 3/14/11 at 10:00 a.m. Trial set 3/22/11 @ 8:30 a.m. Trial order issued.

Length of Proceeding: 15

Donald C. Nugent 10/15/10
United States District Judge